# UNITED STATES DISTRICT COURT
### for the
### Southern District of California

| | |
|---|---|
| United States of America<br>v.<br>__AUSTIN TRAVIS DEMPSEY__<br>*Defendant* | )<br>)<br>) Case No. __18mj11081__<br>)<br>) |

## STIPULATED CONTINUANCE OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1.

I agree to continue my preliminary hearing date to the date of my arraignment for the following reason(s):
- [✓] to obtain/review discovery
- [✓] to obtain/consider a pre-indictment offer from the United States
- [ ] other reason:

Date: __11/2/18__

x _____
*Defendant's signature*

_____
*Signature of defendant's attorney*

__DAVID SILLDORF; SBN 253237__
*Printed name and bar number of defendant's attorney*

__402 W. Broadway Ste 1300, SD, CA 92101__
*Address of defendant's attorney*

__david@davidsilldorflaw.com__
*E-mail address of defendant's attorney*

__(619) 326-9093__
*Telephone number of defendant's attorney*

For good cause, taking into account the public interest in the prompt disposition of criminal cases, and with the defendant's consent, the Court continues the preliminary hearing date to __11/20/18__.

__11/7/18__
Date

_____
United States Magistrate Judge