```
FILED
Nov 20 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY        s/ erikaf        DEPUTY
```

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

          Plaintiff,

  v.

AUSTIN TRAVIS DEMPSEY,

          Defendant.

Case No.: '18 CR5029 W

I N F O R M A T I O N

Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine and Cocaine (Felony)

The United States Attorney charges:

Count 1

On or about October 28, 2018, within the Southern District of California, defendant AUSTIN TRAVIS DEMPSEY, did knowingly and intentionally import 500 grams and more, to wit: approximately 57.54 kilograms (126.85 pounds) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

Count 2

On or about October 28, 2018, within the Southern District of California, defendant AUSTIN TRAVIS DEMPSEY, did knowingly and intentionally import 5 kilograms and more, to wit: approximately 14.72 kilograms (32.45 pounds) of a mixture and substance containing a

CMMC:1f:11/19/2018

1  detectable amount of cocaine, a Schedule II Controlled Substance, into

2  the United States from a place outside thereof; in violation of

3  Title 21, United States Code, Sections 952 and 960.

4         DATED:  __11/20/18__ .

5                                    ADAM L. BRAVERMAN
                                     United States Attorney
6

7                                    K M for

8                                    COLIN M. MCDONALD
                                     Assistant U.S. Attorney
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28