58

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED

NOV 20 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>AUSTIN TRAVIS DEMPSEY,<br><br>                Defendant. | Case No. 18CR5029-W<br><br>**WAIVER OF AN INDICTMENT** |

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

DATED: 11/20/18

_____
Defendant

DATED: 11/20/18

_____
Defendant's Attorney

_____
JUDICIAL OFFICER