UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| UNITED STATES OF AMERICA, | Case No.: 18-CR-5029-W |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| AUSTIN DEMPSEY, | |
| Defendant. | |

**IT IS ORDERED** that the Sentencing Hearing set for Monday, June 3, 2019, at 9:00 a.m. be continued to Monday, August 5, 2019, at 9:00 a.m. before the Honorable Thomas J. Whelan.

DATED: 5/10/19

Honorable Thomas J. Whelan
United States District Court Judge