Frederick Matthew Carroll
Attorney at Law
427 C Street #310
San Diego, CA 92101
Telephone: (619) 702-3251
frederickcarroll@hotmail.com
State Bar # 227628

Attorney for: Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE THOMAS J. WHELAN)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 18-CR-5029-W-1 |
| Plaintiff, | |
| vs. | **NOTICE OF ACKNOWLEDGMENT OF NEXT COURT APPEARANCE OF DEFENDANT AUSTIN DEMPSEY** |
| AUSTIN TRAVIS DEMPSEY, | |
| Defendant | |

TO THE COURT AND THE UNITED STATES ATTORNEY'S OFFICE:

I, Austin Dempsey, hereby acknowledge that my next Court appearance has been scheduled for September 16, 2019, before the Honorable Thomas J. Whelan. I promise to appear on September 16, 2019 at 9:00 a.m. in Courtroom 3C of the above-entitled Court.

Dated: 7/9/2019

Signed: _____
Defendant
AUSTIN DEMPSEY